UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTOPHER JAMES GAUDET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:22-CV-81-KAC-JEM |
| | ) |
| NIKI MCGEORGE et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In the "Order Granting Motion to Dismiss of Defendants McGeorge and Gulliver," the Court **DISMISSED** Plaintiff's claims against the remaining Defendants in this action. Therefore, the Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT